444 F.2d 538
 AXE-FILM, INC., et al., Plaintiffs-Appellants,
v.
The HERTZ CORPORATION at al., Defendants-Appellees.
No. 71-1054 Summary Calendar.*
*Rule 18, 5th Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 July 13, 1971.
 
 Jacob J. Meyer, Louis J. Dutrey, Clay, Coleman, Dutrey & Thomson, New Orleans, La., for plaintiffs-appellants.
 Emile L. Turner, Jr., Turner & Skinner, New Orleans, La., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana; James A. Comiskey, Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966